Tariff Act of 1930, as amended by the Customs Administrative Act of 1938 (T. D. 49658). Following *Werner* v. *United States* (10 Cust. Ct. 123, C. D. 735) judgment was rendered in favor of the defendant.

**No. 48672.**—Protests 34616–K, etc., of Chicago Macaroni Co. of N. Y. et al. (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstract 42146. The protests were therefore sustained.

**No. 48673.**—Protests 595086–G, etc., of F. N. Giavi, Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and the cited cases, the following allowances were made by the court to compensate for the foreign substances on the outside of certain cheese: (1) 2½ percent for cheese similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstract 42146; (2) 1 percent for that similar to the Reggiano cheese the subject of *Scaramelli* v. *United States, supra;* and (3) 2 percent for that similar to the Moliterno type cheese the subject of Abstract 41794. Protests sustained to this extent.

**No. 48674.**—Protests 610982–G, etc., of Abad Esteve Corp. (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 48269. The protests were therefore sustained.

**No. 48675.**—Protest 620786–G of E. Cerruti, Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and the cited cases, the following allowances were made by the court to compensate for the foreign substances on the outside of certain cheese: (1) 2½ percent for cheese similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstract 42146, and (2) 1 percent for that similar to the Reggiano cheese the subject of *Scaramelli* v. *United States, supra.* Protest sustained to this extent.

**No. 48676.**—Protests 630807–G, etc., of Western Sausage & Provision Co., Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and the cited cases, the following allowances were made by the court to compensate for the foreign substances on the outside of certain cheese: (1) 2½ percent for cheese similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstract 42146, and (2) 1 percent for that similar to the Reggiano cheese the subject of *Scaramelli* v. *United States, supra.* Protests sustained to this extent.